IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCT LIABILITY LITIGATION ─────────────────────── THIS DOCUMENT RELATES TO: MARK FARAOLA v. ABBVIE INC. ET AL Civil action No. 1:15-cv-10070 | Case No. 1:14-cv-01748 MDL No. 2545 Honorable Matthew F. Kennelly |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs Mark Faraola, and counsel for Defendants AbbVie Inc., Abbott Laboratories, AbbVie Products LLC., Unimed Pharmaceuticals, LLC, Solvay, S.A., Besins Healthcare Inc., and Besins Healthcare, S.A., pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims and counterclaims which were or could have been asserted by and between these parties, against one another, are hereby dismissed without prejudice and without costs or attorneys' fees to any party.

 /s/ David W. Bauman  
David W. Bauman  
The Padberg & Corrigan Law Firm  
1926 Chouteau Avenue  
St. Louis, MO 63103  
(T) (314) 621-2900  
(F) (314) 621-7607  

*Attorney for the Plaintiff*

 /s/ Christopher R. Boisvert  
Christopher R. Boisvert  
DECHERT LLP  
2929 Arch Sr., Cira Centre  
Philadelphia, PA 19104-2808  
Telephone: (215) 994-2312  
chip.boisvert@dechert.com  

*Attorney for AbbVie Inc. and Abbott Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

  I, Christopher R. Boisvert, hereby certify that on June 29, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                /s/ *Christopher R. Boisvert*